**Appeal Dismissed and Memorandum Opinion filed July 14, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00299-CV

**MCKENNA MCGUIRE, Appellant**

**V.**

**THE MARQUIS AT LADERA VISTA, Appellee**

**On Appeal from the County Court at Law No. 1**
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-22-000330**

## MEMORANDUM OPINION

This is an appeal from a default judgment signed March 8, 2022. The notice of appeal was filed March 14, 2022.

Appellant has not paid the filing fee of $205.00, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. On June 7, 2022, the court ordered appellant to pay the filing fee on or before June 17, 2022, and further warned appellant that if

he did not do so, the appeal was subject to being dismissed. *See* Tex. R. App. P. 5. As of the date of this opinion, appellant has not paid the filing fee. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with court order or notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.